IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 12-00068 ESL

DORA A BERRIOS VICENTE

Chapter 13

XXX-XX-9988

**FILED & ENTERED ON 10/24/2012**

Debtor(s)

ORDER

The motion filed by BANCO SANTANDER PR requesting reconsideration of the order granting the trustee's objection to claim #03 (docket #69) is hereby granted As title search which details the mortgage has been submitted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 24 day of October, 2012.

*[signature]*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC:    DEBTOR(S)
        MIRIAM A MURPHY
        JOSE RAMON CARRION MORALES
        LUIS YAMIL RODRIGUEZ